1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Mr. Peder Gjersøe, | |
| Plaintiff, | Civil Action No. _2:23-cv-367_ |
| v. | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| Getty Images, Inc., a Washington corporation | **TRIAL BY JURY DEMANDED** |
| Defendant. | |

Plaintiff Peder Gjersøe ("Plaintiff" or "Mr. Gjersøe"), by and through his counsel, brings this action against Getty Images, Inc. ("Defendant" or "Getty"), and alleges as follows:

**<u>INTRODUCTION</u>**

1.      Peder Gjersøe (hereinafter "Plaintiff"), by Plaintiff's attorneys, brings this action to challenge the actions of Getty with regard to the unlawful use of copyrighted images (hereinafter "Images") owned by Plaintiff, and this conduct caused Plaintiff damages.

**<u>JURISDICTION AND VENUE</u>**

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

COMPLAINT FOR COPYRIGHT INFRINGEMENT

1

2.      This is a civil action seeking damages and injunctive relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101, whereby the Defendant violated Plaintiff's exclusive rights as copyright owner pursuant to 17 U.S.C. § 106.

3.      This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

4.      Plaintiff is a citizen of the country of Norway and his claim for copyright infringement is governed, in part, by the Berne Convention for the Protection of Literary and Artistic Works, which provides that as Norway does not mandate copyright registration in order to prosecute claims for infringement in Norwegian Courts, Plaintiff is not required to have United States Copyright Registrations for the infringed photos in order to bring suit in courts of the United States.

5.      Venue is proper pursuant to 28 U.S.C. § 1391(b) because the Defendant is located within this judicial district and a substantial part of the events giving rise to Plaintiff's claim occurred in this judicial district.  Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) on the basis that Defendant Getty Images, Inc., a Washington corporation, resides or may be found in the District.

**PARTIES**

6.      Plaintiff is a natural person and is a professional photographer by trade.

7.      Plaintiff is a citizen of the country of Norway and resides at 4a Tørfestveien, Tønsberg, Tønsberg, 3124, Norway.

8.      Plaintiff is a "copyright owner" who holds "exclusive rights" to the "copyrighted work[s]" pursuant to 17 U.S.C. §§ 101 and 106.

9.      Getty is a Delaware corporation with a principal place of business in Seattle, Washington.

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

10.     Plaintiff is informed and believes, and thereon alleges, that Defendant unlawfully published over eighty (80) of Plaintiff's copyrighted images without Plaintiff's express or implied authority or license in order to further Defendant's commercial activities.

## FACTUAL ALLEGATIONS

11.     Plaintiff is informed and believes, and thereon alleges, that at all times relevant, Defendant was a business entity incorporated in the State of Delaware and operating a website which offers images for license and sale.

12.     Plaintiff is a professional photographer.  He sells or licenses his photographs to people and companies seeking to make use of the photographs for advertisements and pecuniary gain.  Plaintiff's livelihood is dependent on receiving compensation for the photographs he produces.

13.     On or about May 18 through 22, 2016, Plaintiff took professional photographs of an international bicycle race (the "Tour of Norway" or "the Tour") using his specialized skills and equipment.

14.     Plaintiff licensed the photographs to the Tour of Norway for the Tour's own use in promoting its event.

15.     At no time did Plaintiff provide the Tour, its organizers, or anyone else (let alone Getty) license or permission to use the images for any other purpose.

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

3

COMPLAINT FOR COPYRIGHT INFRINGEMENT

16.     At no point has Plaintiff given any person or entity license or permission to commercially offer images to third parties, whether Getty or Getty's customers.

17.     After creating the copyrighted work and using his unique skills and abilities to process the image, Plaintiff appended Copyright Management Information ("CMI") as defined in 17 U.S.C. § 1202(c) to the image.   That Copyright Management Information identified the Plaintiff as the photographer and the photographic equipment used in the image's creation and contained a Description/Caption that included Plaintiff's name.   See an example of an image with licensing information embedded with the description, at **Exhibit A**.

18.     During the race, the photographs were uploaded to a Dropbox folder that the Tour of Norway, its press officer, and Plaintiff had access to.

19.     Despite having never granted Defendant license or permission to use his copyrighted images, on November 26, 2020, Plaintiff performed a Google search and came across some of his photographs from the Tour of Norway race.  The Google search results stated that the images originated from Getty Images.

20.     Plaintiff  then visited Getty Images' website and discovered that 83 (eighty-three) of his photographs from the Tour of Norway 2016 were for sale on Getty's online services.

21.     The byline on the photographs had been changed to "MO / Tim De Waele / Corbis via Getty Images."  Getty had included the text, "Credit:  Morten Olsen / Stringer," misattributing the photos to Morten Olsen.

22.     Morten Olsen was the press officer at the Tour of Norway at the time Plaintiff worked for it.

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

COMPLAINT FOR COPYRIGHT INFRINGEMENT

23.     Morten Olsen, identified by the Tour of Norway as responsible for the photographs, had no role in setting up for the photographs, taking the photographs, or editing the photographs.

24.     Plaintiff contacted Anders Eia Linnestad with the Tour and inquired as to why the pictures were for sale on Getty's website.  Mr. Linnestad responded, "We were under the impression that we had all the rights to the photos taken by you.  We shared the photos with Tim de Waele, among others, in order to spread photos in media all over the World as this has great value for us.  Two years ago, he started working for Getty Images, and it seems that all photos from his database are transferred to Getty."

25.     When examining the infringing use of his images, Plaintiff noticed that Defendant or someone acting on Defendant's behalf had altered the image to remove the Copyright Management Information.  See 'screenshot' taken by Plaintiff of Defendant's online use of one of his images showing false copyright management information in the metadata at **Exhibit B**.

26.     Plaintiff, through counsel, contacted Defendant to inform it of the infringement and to try to amicably resolve the matter. Plaintiff requested that Getty cease and desist from any further use or publication of any of Plaintiff's photographs, remove Plaintiff's photographs from its account, and provide a detailed accounting of all licensing which has occurred connected to any of the 83 images and the identity of and contact information for all individuals or entities provided a purported license to use any of Plaintiff's 83 images.

27.     Defendant stated that it had received the images from the Tour of Norway.  Defendant further stated that "Morten Olsen was the chief of media for the Tour of Norway who provided the photos."  Defendant claimed that the Tour had made the photographs available for distribution "without any caveat or reference to any other rightsholder."

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

COMPLAINT FOR COPYRIGHT INFRINGEMENT

28.     Despite Defendant's claim that the Tour made the photographs available for distribution "without any caveat or reference to any other rightsholder," Defendant apparently listed the photographs as available for license/sale on Defendant's commercial website that licenses and sells photography.

29.     On May 4, 2022. Defendant claimed that it had removed the infringing images from its website.  However, Defendant did not provide the requested licensing information.

30.     Plaintiff has no knowledge of when Defendant began offering  Plaintiff's copyrighted images for sale on its website.

**FIRST CAUSE OF ACTION**
**<u>COPYRIGHT INFRINGEMENT</u>**
*Title 17 of the United States Code*

31.     Plaintiff incorporates by reference paragraphs 1 – 30 of this Complaint as though fully stated herein.

32.     Plaintiff did not consent to, authorize, permit, or allow in any manner the described use of Plaintiff's unique and original material and/or work on Defendant's website.

33.     Plaintiff is informed and believes and thereon alleges that said Defendant breached Title 17 of the U.S. Code in that they published, communicated, benefited through, posted, publicized, and otherwise held out to the public for commercial benefit, Plaintiff's original and unique work without the Plaintiff's consent or authority and acquired monetary gain and market benefit as a result.

34.     As a result of each and every one of Defendant's violations of Title 17 of the U.S. Code, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b).

**SECOND CAUSE OF ACTION**
**<u>REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION</u>**

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

6                          COMPLAINT FOR COPYRIGHT INFRINGEMENT

*Title 17 Sections 1202 and 1203 of the United States Code*

35.      Plaintiff incorporates by reference paragraphs 1 – 30 of this Complaint as though fully stated herein.

36.      Plaintiff's original images contained Copyright Management Information providing, in addition to other information, the identity of the creator of the copyrighted work.

37.      As the Copyright Management Information originally appended to the subject image was missing from the image published on Defendants' [www.gettyimages.com] website, it appears Defendant removed and/or altered the Copyright Management Information in violation of 17 U.S.C. § 1202(b)(1).

38.      As the Copyright Management Information originally appended to the subject image was missing from the images published on Defendant's website, Defendants, upon information and belief, violated 17 U.S.C § 1202(b)(3).

39.      As a result of Defendant's violations of Title 17 of the United States Code identified in the instant Second Cause of Action, Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. § 1203(c)(A) or statutory damages in the sum of up to $25,000.00 per violation pursuant to 17 U.S.C. § 1203(c)(B).

## **DEMAND FOR JURY TRIAL**

40.      Plaintiff demands a trial by jury of any and all causes of action so triable.

## **PRAYER FOR RELIEF**

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

COMPLAINT FOR COPYRIGHT INFRINGEMENT

7

1    **WHEREFORE**, Plaintiff prays that judgment be entered against Defendant:

2    1.    Finding that Defendant infringed on Plaintiff's copyrights in Plaintiff's images.

3    2.    Finding that Defendant violated 17 U.S.C. § 1202 for removal and/or alteration of

4          the Copyright Management Information originally contained in Plaintiff's images;

5    3.    Awarding actual damages pursuant to (504)(a)(1) for each instance of copyright

6          infringement;

7

8    4.    Awarding actual damages for each violation of 17 U.S.C. § 1202;

9    5.    Awarding costs of litigation and reasonable attorneys' fees related to Plaintiff's

10         second cause of action pursuant to 17 U.S.C. § 1203(b);

11   6.    Enjoining the Defendant from further infringement of all copyrighted works of the

12         Plaintiff pursuant to 17 U.S.C. § 502(a); and

13

14   7.    Providing such other and further relief the Court deems just and proper under the

15         circumstances.

16   DATE:  March 14, 2023                    Respectfully submitted,

17                                            s/*Dubs Herschlip*_____
18                                            Dubs Herschlip, WSBA #31652
                                              Attorney for Plaintiff Peder Gjersøe
19                                            DUNLAP BENNETT & LUDWIG PLLC
                                              627 – 5TH ST., STE 203
20                                            MUKILTEO, WA 98275
                                              PHONE: (425) 209-0022
21                                            FAX: (425) 298-3918
                                              DUBS@DBLLAWYERS.COM
22                                            WWW.DBLLAWYERS.COM

23

24

25

26   Dubs Herschlip, WSBA #31652                    COMPLAINT FOR COPYRIGHT INFRINGEMENT
     Attorney for Plaintiff Peder Gjersøe                         8
27   DUNLAP BENNETT & LUDWIG PLLC
     627 – 5TH ST., STE 203, MUKILTEO, WA 98275
28   PHONE: (425) 209-0022
     FAX: (425) 298-3918
     DUBS@DBLLAWYERS.COM
     WWW.DBLLAWYERS.COM

1                                      David   Ludwig,   MBN   18710 (*Pro   hac   vice*

2                                      *forthcoming)*
                                      DUNLAP BENNETT & LUDWIG PLLC

3                                      8300 Boone Blvd, Ste. 550
                                      Vienna, VA 22182

4                                      Tel:  (703) 777-7319
                                      Fax:  (703) 777-3656

5                                      Email:  dludwig@dbllawyers.com

Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203, MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

COMPLAINT FOR COPYRIGHT INFRINGEMENT