*Honorable Judge Jamal N. Whitehead*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PEDER GJERSØE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GETTY IMAGES (US), INC.,<br><br>　　　　Defendant. | Case No. 23-cv-367-JNW<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE<br><br>NOTED FOR HEARING<br>JUNE 15, 2023 |

## I.　STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their attorneys, as follows:

1. Plaintiff Peder Gjersøe ("Plaintiff") served the Amended Complaint and Summons on Defendant Getty Images (US), Inc. ("Defendant") on June 6, 2023. (Dkt. No. 20)

2. Defendant's current deadline to respond to Plaintiff's Amended Complaint is June 27, 2023.

3. The parties agreed to a 21-day extension of time for Defendant to file a responsive pleading to Plaintiff's Amended Complaint.

STIPULATION AND ORDER TO EXTEND
DEADLINE FOR FILING RESPONSE No. 2:23-cv-00367-JNW
Page 1

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203 MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM

4.   Good cause exists to grant the relief requested because the parties agree to explore the possibility of settlement on certain issues raised in the Amended Complaint. Furthermore, all parties have consented to the relief requested.

WHEREFORE, the parties respectfully request the Court extend Defendant's current deadline of June 27, 2023, to file its responsive pleading to July 18, 2023.

Dated: June 15th, 2023                                                       Dated: June 15th, 2023

/s/ Scott T. Wildon_____                                     /s/ Dubs Herschlip_____
Scott T. Wilsdon, WSBA #20608                                Dubs Herschlip, WSBA #31652
Attorney for Defendant Getty Images                         Attorney for Plaintiff Peder Gjersøe
(US), Inc.                                                                       DUNLAP BENNETT & LUDWIG PLLC
WILSDON LAW                                                          627 – 5TH ST., STE 203
P.O. Box 5515                                                              MUKILTEO, WA 98275
Carmel, CA  93921                                                       PHONE: (425) 209-0022
PHONE: (831)-324-0627                                              FAX: (425) 298-3918
wilsdon@wilsdonlaw.com                                           DUBS@DBLLAWYERS.COM
                                                                                       WWW.DBLLAWYERS.COM


David Ludwig, MBN 18710 (*Pro hac vice*)
DUNLAP BENNETT & LUDWIG PLLC
8300 Boone Blvd, Ste. 550
Vienna, VA 22182
Tel:  (703) 777-7319
Fax:  (703) 777-3656
Email:  dludwig@dbllawyers.com

STIPULATION AND ORDER TO EXTEND
DEADLINE FOR FILING RESPONSE No. 2:23-cv-00367-JNW
Page 2

## II. ORDER

Based upon the above stipulation of the parties and good cause having been shown, the parties' stipulated motion is GRANTED *nunc pro tunc* and it is ORDERED that the deadline for Defendant to file its responsive pleading is extended from June 27, 2023, to July 18, 2023.

Dated this 30th day of June, 2023.

Jamal N. Whitehead
United States District Judge

/s/ Dubs Herschlip
Dubs Herschlip, WSBA #31652
Attorney for Plaintiff Peder Gjersøe
DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203
MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM
WWW.DBLLAWYERS.COM

/s/ Scott T. Wildon
Scott T. Wilsdon, WSBA #20608
Attorney for Defendant Getty Images (US), Inc.
WILSDON LAW
P.O. Box 5515
Carmel, CA 93921
PHONE: (831)-324-0627
wilsdon@wilsdonlaw.com

STIPULATION AND ORDER TO EXTEND
DEADLINE FOR FILING RESPONSE No. 2:23-cv-00367-JNW
Page 3

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203 MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM