*Honorable Judge Jamal N. Whitehead*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Mr. Peder Gjersøe,<br><br>Plaintiff,<br><br>v.<br><br>Getty Images (US), Inc.,<br><br>Defendant. | Case No. 2:23-cv-00367-JNW<br><br>**STIPULATION OF DISMISSAL** |

STIPULATION OF DISMISSAL

Page 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action, with prejudice, and with each party bearing its own attorney's fees and costs.

DATED this 29th day of April 2024.

| | |
|---|---|
| **SCOTT WILSDON LAW** | **DUNLAP BENNETT & LUDWIG** |
| By: /s/Scott Wilsdon | By: /s/Dubs Herschlip |
| Scott T. Wilsdon, WSBA No. 20608<br>P.O. Box 5515<br>Carmel, California 93921<br>Telephone: 831.324.0627<br>Email: wilsdon@wilsdonlaw.com | Dubs Herschlip, WSBA #31652<br>627 – 5TH ST., STE 203<br>MUKILTEO, WA 98275<br>PHONE: (425) 209-0022<br>FAX: (425) 298-3918<br>DUBS@DBLLAWYERS.COM |
| **JAMNBACK LAW** | David Ludwig (*pro hac vice*)<br>DUNLAP BENNETT & LUDWIG<br>8300 Boone Blvd, Suite 550<br>Vienna, VA 22182<br>Telephone: (703) 777-7319<br>Facsimile: (703) 777-3656<br>dludwig@dbllawyers.com |
| John H. Jamnback, WSBA No. 29872<br>4701 S.W. Admiral Way, #299<br>Seattle, WA 98116<br>Telephone: 206.949.1549<br>Email: jhjamnback@jamnbacklaw.com | |
| *Attorneys for Getty Images (US), Inc.* | *Attorneys for Plaintiff Peder Gjersøe* |

STIPULATION OF DISMISSAL
Page 2

DUNLAP BENNETT & LUDWIG PLLC
627 – 5TH ST., STE 203 MUKILTEO, WA 98275
PHONE: (425) 209-0022
FAX: (425) 298-3918
DUBS@DBLLAWYERS.COM